UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

UGI UTILITIES, INC.,                                    :
        Plaintiff,                                         :
                                                                  :
        v.                                                    :        No. 5:25-cv-3142
                                                                  :
CITY OF READING;                                      :
CITY OF READING CITY COUNCIL;           :
CITY OF READING PARKING AUTHORITY;   :
and RAFAEL BATISTA, *EXECUTIVE DIRECTOR*:
*CITY OF READING PARKING AUTHORITY*;    :
        Defendants.                                       :
_____

**O R D E R**

**AND NOW**, this 14th day of April, 2026, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Dismiss, ECF No. 26, and the Motion for Judgment on the Pleadings, ECF No. 32, are **GRANTED in part** as follows:

    A. Counts I, II, and III are **dismissed with prejudice** as to all Defendants.

    B. This Court declines to exercise supplemental jurisdiction over the remaining state-law counts.

    C. Counts IV, V, and VI are **dismissed without prejudice** to Plaintiff's right to refile these claims in state court. *See* 28 U.S.C. § 1367(d).

2. The Amended Complaint, ECF No. 22, is **DISMISSED**.

3. The Clerk of Courts shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge